PETER C. ANDERSON
UNITED STATES TRUSTEE
FRANK M. CADIGAN (State Bar No. 095666)
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Bldg. &
     U. S. Courthouse
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701
Telephone No. (714) 338-3400
Facsimile No.  (714) 338-3421
Email: frank.cadigan@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In Re:<br><br>**LAWRENCE AUGUST FOX, Jr. and MICHAEL EDWARD KIDDOO,**<br><br>               Debtor(s). | Case Number 8:11-bk-11684-MW<br><br>Chapter 7<br><br>**NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL BY UNITED STATES TRUSTEE OF MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(a) OR FOR RELATED RELIEF**<br><br><u>Hearing Date</u><br>DATE:     July 11, 2011<br>TIME:     1:30 p.m.<br>CTRM:    6C<br>             411 W. Fourth St.<br>             Santa Ana, CA 92701 |

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' ATTORNEY, CREDITORS AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the United States Trustee hereby voluntary dismisses/withdraws his Motion to Dismiss Debtor pursuant to 11 U.S.C. § 707(a) or For Related Relief, PACER docket #11, filed on May 20, 2011.

Pursuant to Local Bankruptcy Rule 9013-1(k), "A party who seeks to voluntarily dismiss a motion must, not less than 2 days prior to the hearing date: (1) give telephonic notice thereof to opposing counsel and the courtroom deputy of the judge before whom the matter is pending; and (2) file with the court, and serve on the United States trustee and persons or entities who have filed an opposition or other response to the motion, a notice thereof with the Court..."

DATED: 7/1/2011

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ Frank M. Cadigan

By: FRANK M. CADIGAN
     Assistant United States Trustee

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701

A true and correct copy of the foregoing document described **NOTICE OF VOLUNTARY DISMISSAL WITHDRAWAL BY UNITED STATES TRUSTEE OF MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(a) OR FOR RELATED RELIEF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 1, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(e s) indicated below:

- Robert J Curtis    robert.curtis@curtislawgroup.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com

**II. SERVED BY U.S. MAIL AND OVERNIGHT MAIL(indicate method for each person or entity served):**
On July 1, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lawrence August Fox, Jr., 8444 Spectrum, Irvine, CA 92618
Michael Edward Kiddoo, 8444 Spectrum, Irvine, CA 92618

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 1, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace – Bin outside 6th floor chambers

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/1/11 | Dinah Grosch | /s/ Dinah Grosch |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**